Martha Rakowski and Helen Langowski, Appellees, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 42,451.

opinion filed February 14, 1945; released for publication March 5, 1945. Hoyne, O'Connor, Rubinkam & Melaniphy, for appellant; Nathaniel Rubinkam and John C. Melaniphy, of counsel; S. J. Krzeminski, for appellees; E. C. F. Meier, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.